## GRIGSBY v. STATE.

No. 25642.

Court of Criminal Appeals of Texas.

Jan. 16, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law, with a fine of $500.00.

The record before us contains no statement of facts or bills of exception. The proceedings appear regular in every respect and nothing is presented for review.

The judgment of the trial court is affirmed.